UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRICOT INDUSTRIES PVT. LTD<br><br>　　　　　　　　　　Plaintiff,<br><br>- against -<br><br>DIGITAL BRANDS GROUP, INC.<br>dba DSTLD a/k/a DENIM.LA, INC.;<br><br><br>　　　　　　　　　　Defendants. | Docket No. 23-CV-00597-JSR |

# [PROPOSED] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Tricot Industries Pvt. Ltd ("Plaintiff")'s application for entry of a default judgment against defendant Digital Brands Group, Inc. dba DSTLD a/k/a Denim.LA, Inc., ("Defendants") under Rule 55 of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** pursuant to Rule 4 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff last served its Summons and Complaint upon Defendant on February 9, 2023, as evidenced by the affidavit of service filed with this Court [Dkt. 7]. The applicable last day for Defendant to appear or otherwise respond to Plaintiff's Complaint was March 3, 2023.

**WHEREAS,** Defendant has not filed any opposition or response to Plaintiff's application for default judgment.

**WHEREAS,** Plaintiff filed an application for entry of default judgment seeking at least $183,426.93, accruing additional monthly interest, in damages until a judgment is entered for breach of contract; total attorneys' fees in the amount of $10,575.00; case filing, servers, and mailing costs in the amount of $1,100; and for such further relief as this Court deems just and proper.

WHEREAS, the Court scheduled a default hearing for Plaintiff's application on April 5, 2023 at 9:00 A.M., and after service of process was effectuated under L.R. 55.2, Defendant failed to appear.

THEREFORE, IT IS ADJUDGED AND ORDERED that Plaintiff's application for entry of default judgment is GRANTED pursuant to FRCP Rule 55; it is

FURTHER ORDERED that Defendant shall pay at least $183,426.93, accruing additional monthly interest in damages until a judgment is entered for breach of contract; it is

FURTHER ORDERED that Defendant shall pay attorneys' fees and costs pursuant to Fed.R.Civ.P 54(d); it is

FURTHER ORDERED, that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

FURTHER ORDERED that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: 5/5/23

SO ORDERED.

Jed S. Rakoff (U.S.D.J.)